**DISMISSED; Opinion Filed March 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00650-CV

**KEVIN HINDS, Appellant**

**V.**

**KELLY BETH CALDWELL, ZACHARY ADAM ALLEN, TRINA T. WILSON AND ASSOCIATES, TRINA T. WILSON, GOVERNMENT EMPLOYEE INSURANCE COMPANY, AND STATE BAR OF TEXAS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13392**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated January 11, 2019, that failure to file the brief by January 22, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

180650F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEVIN HINDS, Appellant

No. 05-18-00650-CV     V.

KELLY BETH CALDWELL, ZACHARY
ADAM ALLEN, TRINA T. WILSON
AND ASSOCIATES, TRINA T. WILSON,
GOVERNMENT EMPLOYEE
INSURANCE COMPANY, AND STATE
BAR OF TEXAS, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-13392.
Opinion delivered by Justice Partida-
Kipness. Justices Bridges and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of March, 2019.